NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


TAMATHA SPANGLER,  )
                   )
    Appellant,      )
                   )
v.                  )          Case No. 2D17-3427
                   )
THOMAS MICHAEL McDONALD,  )
                   )
    Appellee.       )
_____)

Opinion filed May 18, 2018.

Appeal from the Circuit Court for Manatee
County; Janette Dunnigan and Edward
Nicholas, Judges.

Ama N. Appiah of Law Office of Ama N.
Appiah, P.A., St. Petersburg, for Appellant.

Wyndel G. Darville of The Law Office of
Wyndel G. Darville, PLLC, Sarasota, for
Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, CRENSHAW, and BLACK, JJ., Concur.